**O**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRISEYDA VALENCIA, Plaintiff,

v.

WELLS FARGO HOME MORTGAGE, Defendant.

Case No. CV 12-09193 DDP (FFMx)

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

[Dkt. No. 5]

Presently before the court is Defendant Wells Fargo Bank NA's Motion to Dismiss. Because Plaintiff has not filed an opposition, the court GRANTS the motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

///

///

1    The hearing on Defendant's motion was set for January 14,
2 2013.  Plaintiff's opposition was therefore due by December 24,
3 2012.  As of the date of this Order, Plaintiff has not filed an
4 opposition, or any other filing that could be construed as a
5 request for a continuance.  Accordingly, the court deems
6 Plaintiff's failure to oppose as consent to granting the motion to
7 dismiss, and GRANTS the motion.

9 IT IS SO ORDERED.

12 Dated: January 2, 2013
                                    DEAN D. PREGERSON
13                                  United States District Judge

2